UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| WORLDCOM, INC., BROOKS FIBER COMMUNICATIONS OF CONNECTICUT, INC., MCI WORLDCOM COMMUNICATIONS, INC. and MCI METRO ACCESS TRANSMISSION SERVICES, LLC <br><br> Plaintiffs, <br><br> v. <br><br> CONNECTICUT DEPARTMENT OF PUBLIC UTILITY CONTROL, and DONALD W. DOWNES, GLENN ARTHUR, JACK R. GOLDBERG, LINDA J. KELLY ARNOLD, and JOHN BETKOWSKI, III, COMMISSIONERS, and SOUTHERN NEW ENGLAND TELEPHONE COMPANY, <br><br> Defendants. | CIVIL ACTION NO. <br> 3 - 00 CV 1919 (CFD) <br><br><br><br> October 8, 2003 |

### MOTION FOR ADMISSION OF VISITING ATTORNEY

Pursuant to Local Rule 83.1(d), the undersigned member of the bar of this Court respectfully requests that Allison M. Ellis, Associate Litigation Counsel, MCI, 1133 19th Street N.W., Washington, D.C. 20036, tel: (202) 736-6546, fax: (202) 736-6072, email: allison.ellis@mci.com, be admitted as a visiting attorney for the Plaintiffs WorldCom, Inc., Brooks Fiber Communications of Connecticut, Inc., MCI WorldCom Communications, Inc. and

*[Handwritten margin notes: "Granted absent objection. So ordered. 10/15/03"]*