UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

WORLDCOM, INC., et al.
    Plaintiffs,

v.                                   Civil Action No. 3:00CV1919(CFD)

CONNECTICUT DEPARTMENT OF
PUBLIC UTILITY CONTROL, et al.
    Defendants.

## RULING AND ORDER

Pending is the defendant Southern New England Telephone's ("SNET") Motion to dismiss [Doc. # 52]. The motion is DENIED.

The parties are directed to file Proposed Rulings on the merits of the plaintiff's request for declaratory and injunctive relief by November 21, 2003. Also, the parties are directed to provide copies of their proposed rulings to the Court on computer disks (in Word Perfect Format).

SO ORDERED this 20th day of October 2003, at Hartford, Connecticut.

                                                     Christopher F. Droney
                                                     United States District Judge