TOTAL TIME: ___ hours ___ minutes     DEPUTY CLERK _Den_   HONORABLE _Dorney_   RPTR/ERO/TAPE _Marshall_

DATE 10/17/03   START TIME 10:35   END TIME 11:
LUNCH RECESS FROM ___ TO ___
RECESS FROM ___ TO ___ (if more than 1/2 hour)

Worldcom
vs.
Connecticut

CIVIL NO. 00CV1919 CFD

☐ SEE ATTACHED CALENDAR FOR COUNSEL

Plaintiffs Counsel
Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

- ☒ (mhrgh) Motion Hearing
- ☐ (contmphrg.) Contempt Hearing
- ☐ (pchrg.) Probable Cause Hearing
- ☐ (mischrg.) Miscelaneous Hearing
- ☐ (confmhrg.) Confirmation Hearing
- ☐ (evidhrg.) Evidentiary Hearing
- ☐ (fairhrg.) Fairness Hearing
- ☐ (showhrg.) Show Cause Hearing
- ☐ (jgmdbexam.) Judgment Debtor Exam
- ☐ (stlmthrg.) Settlement Hearing

MOTION DOCUMENT NO.

☒ #52  Motion to Dismiss   ☐ granted ☐ denied ☒ advisement

Brief(s) due ___   Proposed Findings due ___   Response due ___

Hearing continued until ___ at ___