IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
2003 DEC -1 P 2:53
US DISTRICT COURT
HARTFORD CT

|  |  |
|---|---|
| WORLDCOM, INC., and BROOKS FIBER COMMUNICATIONS OF CONNECTICUT, INC. and MCI WORLDCOM COMMUNICATIONS, INC. and MCIMETRO ACCESS TRANSMISSION SERVICES LLC<br><br>Plaintiffs,<br><br>v.<br><br>CONNECTICUT DEPARTMENT OF PUBLIC UTILITY CONTROL and DONALD W. DOWNES, GLENN ARTHUR, JACK R. GOLDBERG LINDA J. KELLY ARNOLD, and JOHN W. BETKOSKI, III; in their official capacities as Commissioners of the Connecticut Department of Public Utility Control, and<br><br>SOUTHERN NEW ENGLAND TELEPHONE COMPANY,<br><br>Defendants. | APPEARANCE<br><br>CIVIL ACTION NO.<br>3:00CV1919 (CFD) |

To the Clerk of this court and all parties of record:

**Enter my appearance as counsel in this case for:**

Plaintiffs WorldCom, Inc., Brooks Fiber Communications of Connecticut, Inc., MCI WorldCom Communications, Inc., and MCImetro Access Transmission Services LLC (collectively "MCI").

November 17, 2003
CT 25281
(202)736-6546
(202)736-6072 (fax)
allison.ellis@mci.com

Allison M. Ellis
MCI
1133 19th Street, NW
Washington, D.C. 20036

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing APPEARANCE has been mailed postage prepaid this 17th day of November, 2003, to the following counsel of record:

Ralph G. Elliot, Esq.
Tyler, Cooper & Alcorn, LLP
CityPlace - 35th Floor
Hartford, CT 06103-3488

Robert S. Goldman, Jr., Esq.
Tatiana Eirmann, Esq.
Assistant Attorney General
Department of Public Utility Control
10 Franklin Square
New Britain, CT 06051

Keith Kromm, Esq.
Southern New England Telephone Co.
310 Orange Street, 8th Floor
New Haven, CT 06510

_____
Allison M. Ellis

2