IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WORLDCOM, INC., and BROOKS FIBER COMMUNICATIONS OF CONNECTICUT, INC. and MCI WORLDCOM COMMUNICATIONS, INC. and MCIMETRO ACCESS TRANSMISSION SERVICES LLC | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO. 3:00CV1919 (CFD) |
| v. | ) ) | |
| CONNECTICUT DEPARTMENT OF PUBLIC UTILITY CONTROL and DONALD W. DOWNES, GLENN ARTHUR, JACK R. GOLDBERG LINDA J. KELLY ARNOLD, and JOHN W. BETKOSKI, III; in their official capacities as Commissioners of the Connecticut Department of Public Utility Control, and SOUTHERN NEW ENGLAND TELEPHONE COMPANY, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | August 6, 2004 |

**SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT OF PLAINTIFFS MCI, INC., BROOKS FIBER COMMUNICATIONS OF CONNECTICUT, INC., MCI WORLDCOM COMMUNICATIONS, INC., AND MCIMETRO ACCESS TRANSMISSION SERVICES LLC**

Pursuant to Rule 7.1(b)(2) of the Federal Rules of Civil Procedure, Plaintiffs MCI, Inc. (formerly "WorldCom, Inc."), Brooks Fiber Communications of Connecticut, Inc., MCI WorldCom Communications, Inc., and MCImetro Access Transmission Services LLC, through undersigned counsel, submit the following supplemental corporate disclosure statement to inform the Court of recent changes in corporate structuring that occurred as a result of the company's emergence from Chapter 11 bankruptcy:

Both MCImetro Access Transmission Services LLC (successor to Brooks Fiber

Communications of Connecticut, Inc. and Brooks Fiber Properties, Inc.) and MCI WORLDCOM Communications, Inc. are indirect, wholly owned subsidiaries of MCI, Inc. ("MCI"), a publicly held corporation that is successor to WorldCom, Inc.. MCImetro Access Transmission Services LLC's direct parent corporation is MCI WORLDCOM Network Services, Inc.. MCI WORLDCOM Communications, Inc.'s direct parent corporation is MCI WORLDCOM Network Services, Inc.. MCI WORLDCOM Network Service's Inc.'s direct parent corporation is MCI Communications Corporation. MCI Communications Corporation's direct parent corporation is MCI. MCI has no parent corporation. MCI, through its operating subsidiaries, provides local, long-distance, and other telecommunications services domestically and internationally.

        Respectfully submitted,

        MCI, INC.; BROOKS FIBER
        COMMUNICATIONS OF CONNECTICUT, INC.;
        MCI WORLDCOM COMMUNICATIONS, INC.;
        and MCIMETRO ACCESS TRANSMISSION
        SERVICES, LLC

        BY CUMMINGS & LOCKWOOD LLC
        THEIR ATTORNEYS

| | |
|---|---|
| | /s/ Robert J. Sickinger |
| William Single, IV | Robert P. Dolian |
| Allison M. Ellis | Federal Bar No. 04278 Ct |
| MCI, Inc. | Robert J. Sickinger |
| 1133 19th Street N.W. | Federal Bar No. 18425 Ct |
| Washington, D.C. 20036 | CUMMINGS & LOCKWOOD LLC |
| | Four Stamford Plaza |
| | 107 Elm Street |
| | Stamford, CT 06902 |
| | |
| | Michael B. DeSanctis |
| | Federal Bar No. ct 22712 |

JENNER & BLOCK LLP
601 13th Street, N.W.
Washington, D.C. 20005

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that the a copy of the foregoing SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT was sent via U.S. Mail, postage prepaid, this 6th day of August, 2004 to:

George M. Moriera, Esq.
Keith M. Krom, Esq.
Southern New England Telephone Co.
310 Orange Street
New Haven, CT 06510

Ralph G. Elliot, Esq.
Tyler Cooper & Alcorn, LLP
CityPlace - 35th Floor
Hartford, CT 06103-3488

Tatianna D. Eirmann, Esq.
Assistant Attorney General
Department of Public Utility Control
10 Franklin Square
New Britain, CT 06051

              /s/ Robert J. Sickinger

.StmLib1:1069785.1 08/06/04