UNITED STATES DISTRICT COURT
DISTRICT OF Connecticut

| | |
|---|---|
| WORLDCOM, INC., and BROOKS FIBER COMMUNICATIONS OF CONNECTICUT, INC. and MCI WORLDCOM COMMUNICATIONS, INC. and MCIACCESSTRANSMISSION SERVICES, LLC : : : : : : : Plaintiffs : v. : : CONNECTICUT DEPARTMENT OF PUBLIC : UTILITY CONTROL and DONALD W. DOWNES, : GLENN ARTHUR, JACK R. GOLDBERG, LINDA J.: KELLY ARNOLD, and JOHN W. BETKOWSKI, III; : in theirOfficial capacities as Commissioners of the : Connecticut Department of Public Utility Control, : and : : SOUTHERN NEW ENGLAND TELEPHONE: COMPANY, : : Defendants : | Civil Action No.<br><br>3:00 CV 19   19 (CFD)<br><br><br><br><br>February 16, 2005 |

## MOTION TO WITHDRAW

The undersigned counsel for WORLDCOM, INC., and BROOKS FIBER

COMMUNICATIONS OF Connecticut, INC., and MCI WORLDCOM

COMMUNICATIONS, INC., and MCIMETRO ACCESS TRANSMISSION SERVICES

LLC, hereby respectfully moves to withdraw his appearance from this matter. The

reason for this motion is that the undersigned is no longer associated with the law firm of

Cummings & Lockwood, LLC which represents WORLDCOM, INC., and BROOKS

FIBER COMMUNICATIONS OF Connecticut, INC., and MCI WORLDCOM

COMMUNICATIONS, INC., and MCIMETRO ACCESS TRANSMISSION SERVICES

LLC.  Counsel from Cummings & Lockwood either has entered, or will be entering an appearance in this matter in place of the undersigned.

For this reason, the undersigned moves that his appearance be withdrawn from this matter.

>THE DEFENDANT
>WORLDCOM, INC., and BROOKS FIBER
>COMMUNICATIONS OF CONNECTICUT, INC.
>and MCI WORLDCOM COMMUNICATIONS,
>INC. and MCIACCESSTRANSMISSION
>SERVICES, LLC
>
>
>BY_____
>ROBERT J. SICKINGER, Esq.
>MURPHY and KARPIE, LLC
>350 Fairfield Avenue, Suite 408
>Bridgeport, CT 06604
>Federal Bar #CT 18125
>Tel. 203-333-0177, Fax 203-333-8475
>E-mail:  rjsickinger@sbcglobal.net

# **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, U.S. Mail, postage prepaid on February 15, 2005 to

Brian J. Leske, Esq.
WorlCom, Inc.
1133 19th Street
Washington, D.C. 20036

Michael B. DeSanctis, Esq.
Robin M. Meriweather, Esq.
Jenner & Block, LLC
601 13th Street, N.W.
Washington, D.C. 20005

Cummings & Lockwood, LLC
Four Stamford Plaza
107 Elm Street
Stamford, CT 06902

Ralph G. Elliot, Esq.
Tyler Copoper & Alcorn LLP
CityPlace – 35th Floor
Hartford, CT 06103

Tatiana D. Eirmann
Assistant Attorney General
Department of Public Utility Control
10 Franklin Square
New Britain, CT 06051
Tel.:  860-827-2620

_____
ROBERT J. SICKINGER