FILED

2005 FEB 17 A 11: 25

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF Connecticut

WORLDCOM, INC., and BROOKS FIBER
COMMUNICATIONS OF CONNECTICUT, INC.
and MCI WORLDCOM COMMUNICATIONS,
INC. and MCIACCESSTRANSMISSION
SERVICES, LLC

    Plaintiffs

v.

CONNECTICUT DEPARTMENT OF PUBLIC
UTILITY CONTROL and DONALD W. DOWNES,
GLENN ARTHUR, JACK R. GOLDBERG, LINDA J.
KELLY ARNOLD, and JOHN W. BETKOWSKI, III;
in their Official capacities as Commissioners of the
Connecticut Department of Public Utility Control,
and

SOUTHERN NEW ENGLAND TELEPHONE
COMPANY,

    Defendants

Civil Action No.

3:00 CV 19   19 (CFD)

February 16, 2005

## MOTION TO WITHDRAW

The undersigned counsel for WORLDCOM, INC., and BROOKS FIBER COMMUNICATIONS OF Connecticut, INC., and MCI WORLDCOM COMMUNICATIONS, INC., and MCIMETRO ACCESS TRANSMISSION SERVICES LLC, hereby respectfully moves to withdraw his appearance from this matter. The reason for this motion is that the undersigned is no longer associated with the law firm of Cummings & Lockwood, LLC which represents WORLDCOM, INC., and BROOKS FIBER COMMUNICATIONS OF Connecticut, INC., and MCI WORLDCOM COMMUNICATIONS, INC., and MCIMETRO ACCESS TRANSMISSION SERVICES