IN THE UNITED STATES DISTRICT COURT FILED
FOR THE DISTRICT OF CONNECTICUT

2005 JUN 13 A 11: 14

| | |
|---|---|
| WORLDCOM, INC., and BROOKS FIBER COMMUNICATIONS OF CONNECTICUT, INC. and MCI WORLDCOM COMMUNICATIONS, INC. and MCIMETRO ACCESS TRANSMISSION SERVICES LLC<br><br>Plaintiffs,<br><br>v.<br><br>CONNECTICUT DEPARTMENT OF PUBLIC UTILITY CONTROL and DONALD W. DOWNES, GLENN ARTHUR, JACK R. GOLDBERG LINDA J. KELLY ARNOLD, and JOHN W. BETKOSKI, III; in their official capacities as Commissioners of the Connecticut Department of Public Utility Control, and SOUTHERN NEW ENGLAND TELEPHONE COMPANY,<br><br>Defendants. | DISTRICT COURT HARTFORD, CT.<br><br>CIVIL ACTION NO. 3:00CV1919 (CFD)<br><br>June 9, 2005 |

## SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT OF PLAINTIFFS MCI, INC., BROOKS FIBER COMMUNICATIONS OF CONNECTICUT, INC., MCI WORLDCOM COMMUNICATIONS, INC., AND MCIMETRO ACCESS TRANSMISSION SERVICES LLC

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs MCI, Inc. (formerly "WorldCom, Inc."), Brooks Fiber Communications of Connecticut, Inc., MCI WorldCom Communications, Inc., and MCImetro Access Transmission Services LLC, through undersigned counsel, hereby supplement their corporate disclosure statement. On May 17, 2005, Verizon Communications Inc. (a publicly held corporation) completed its purchase of approximately 43.4 million shares of common stock of MCI, Inc., representing an ownership

stake of approximately 13.4% of MCI, Inc. Those shares of MCI were then transferred to a trust, where they are held on behalf of Verizon.

Respectfully Submitted,

MCI, INC.; BROOKS FIBER
COMMUNICATIONS OF CONNECTICUT, INC.;
MCI WORLDCOM COMMUNICATIONS, INC.;
and MCIMETRO ACCESS TRANSMISSION
SERVICES, LLC

BY CUMMINGS & LOCKWOOD LLC
THEIR ATTORNEYS

Robert P. Dolian
Federal Bar No. 04278 Ct
CUMMINGS & LOCKWOOD LLC
Four Stamford Plaza
P.O. Box 120
Stamford, CT 06904-0120

Jeffrey A. Rackow
MCI, Inc.
1133 19th Street N.W.
Washington, D.C. 20036

Michael B. DeSanctis
Federal Bar No. ct 22712
JENNER & BLOCK LLP
601 Thirteenth Street, N.W.
Washington, D.C. 20005

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 9th day of June 2005, I have served a copy of the foregoing Supplemental Corporate Disclosure Statement in the above-captioned action upon all parties by e-mail and by depositing a copy of the same in the United States mail, first-class postage prepaid, addressed as follows:

Robert S. Golden, Jr.
Attorney General's Office
Public Utility Control
10 Franklin Square
New Britain, CT 06051
860-827-2620

Tatiana D. Eirmann
Attorney General's Office
Public Utility Control
10 Franklin Square
New Britain, CT 06051
860-827-2620
Email: tatiana.eirmann@po.state.ct.us

George M. Moreira
Southern New England Telephone Co.
310 Orange Street
New Haven, CT 06510
203-771-0902
Email: gm9651@ctmail.snet.com

Keith M. Krom
SBC Operations, Inc.
175 E. Houston St., 4th Fl.
San Antonio, TX 78205
210-351-3765
Fax: 210-351-2699
Email: keith.krom@sbc.com

Ralph G. Elliot
Tyler Cooper & Alcorn
Cityplace-35th Floor
Hartford, CT 06103-3488
860-725-6200
Fax: 860-278-3802
Email: Elliot@tylercooper.com

_____
Michael B. DeSanctis