UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| WORLDCOM, INC.<br>BROOKS FIBER COMMUNICATIONS<br>OF CT, INC.; MCI WORLDCOM<br>COMMUNICATIONS, INC.; MCI METRO<br>ACCESS TRANSMISSION SERVICES | Civil Case No.: 3:00cv1919 (CFD) |

vs.

CONNECTICUT DEPT. OF PUBLIC
UTILITY CONTROL; DONALD W. DOWNES;
GLENN ARTHUR; JACK R. GOLDBERG;
LINDA J. KELLY ARNOLD; JOHN W. BETKOWSKI

## JUDGMENT

This action having commenced by a complaint and having been assigned to the Honorable Christopher F. Droney, United States District Judge; and

The Court having considered the full record of the case, including applicable principles of law, and having filed its Memorandum of Decision on June 29, 2005; it is therefore

ORDERED, ADJUDGED and DECREED that judgment be and hereby entered pursuant to the Memorandum of Decision and the complaint is hereby dismissed.

Dated at Hartford, Connecticut, this 20th day of July, 2005.

KEVIN F. ROWE, Clerk

By_____
   Devorah Johnson
   Deputy Clerk

EOD_____